**Roscoe GOINS, Petitioner—Appellant,**

v.

**Theodis BECK, Secretary, North Carolina Department of Corrections, Respondent—Appellee.**

No. 04–7544.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2005.

Decided: March 16, 2005.

---

* We consider August 5, 2004, as the filing date pursuant to *Houston v. Lack,* 487 U.S. 266,

Roscoe Goins, Appellant pro se.

Clarence Joe DelForge, III, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roscoe Goins seeks to appeal from the grant of summary judgment in favor of the State on his 28 U.S.C. § 2254 (2000) petition. An appeal may not be taken to this court from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that jurists of reason would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001).

108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

We have reviewed the record and conclude that Goins has not made the requisite showing. We therefore deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*